UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA          : CASE NO. 03-4837 (DMC)
EX REL. DR. HELENE Z. HILL,
                                  :
    Plaintiff,
                                  :
      v.
                                  :
UNIVERSITY OF MEDICINE &
DENTISTRY OF NEW JERSEY,          :
DR. ROGER W. HOWELL and
DR. ANUPAM BISHAYEE,              :
                                      **ORDER PERMITTING THE FILING**
    Defendants.                   : **OF AN AMENDED COMPLAINT**

---

This matter having been opened to the Court by Bucceri and Pincus, Esqs., (Sheldon H. Pincus, Esq. appearing) (Counsel to Plaintiff/Relator, Dr. Helene Z. Hill) on a Motion for Leave to File an Amended Complaint, and the Defendants having been represented by McElroy, Deutsch, Mulvaney & Carpenter, LLP (John P. Leonard, Esq. and Scott B. Flynn, Esq. appearing) and the Court further noting that the United States Attorney having been given notice of this motion; and the Court having reviewed and considered the pleadings filed in support or and in opposition to the motion, having heard the arguments of counsel, and for good cause shown, *and there being no opposition to the concept of amendment, but rather disagreement about the language of the amendment.*

IT IS on this __31__ day of __March__, 2009,

ORDERED that Plaintiff's motion for leave to file and Amended Complaint is granted, and it is

FURTHER ORDERED that Plaintiff shall file and serve the Amended Complaint within __5__ days of this Order.

_____

2